| | |
|---|---|
| JANE DOE,<br>   Plaintiff,<br>  v.<br>CITY OF SOUTH SAN FRANCISCO, et al.,<br>   Defendants. | Case No. 17-cv-04112-DMR<br><br>**ORDER ON PLAINTIFF'S MOTION TO PROCEED ANONYMOUSLY**<br>Re: Dkt. No. 3 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

The court has received Plaintiff's administrative motion to proceed anonymously in this case. [Docket No. 3.] The motion is denied without prejudice. The court will take up the issue of Plaintiff's proceeding anonymously after service of the summons and complaint is effected. Plaintiff must determine how to serve the summons and complaint on Defendants so that Defendants know Plaintiff's identity for purposes of understanding the events at issue in her complaint. Upon service, the parties shall meet and confer on this issue. Plaintiff may then file a motion or stipulation to proceed anonymously, as appropriate.

**IT IS SO ORDERED.**

Dated: August 2, 2017



_____
Donna M. Ryu
United States Magistrate Judge